```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 10440
   MICHAEL PETERS
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-8994


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/11/07 and confirmed on 09/13/07.

   2.  The case was dismissed after confirmation, 01/09/2009.

   3.  The Debtor paid a total of $ 10437.50 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF NEW YORK | CURRENT MORTG | .00 | .00 | .00 |
| BANK OF NEW YORK | MORTGAGE ARRE | .00 | .00 | .00 |
| UMLI/HOMEVEST CAPITAL LL | SECURED | .00 | .00 | .00 |
| UMLI/HOMEVEST CAPITAL LL | MORTGAGE ARRE | .00 | .00 | .00 |
| NUVELL CREDIT COMPANY LL | SECURED VEHIC | 19220.00 | 2463.07 | 3476.85 |
| WILL COUNTY TREASURER | SECURED | 153.63 | .00 | 153.63 |
| A R CONCEPTS | UNSECURED | NOT FILED | .00 | .00 |
| ACTIVITY COLLECTION SVC | UNSECURED | 166.20 | .00 | 16.06 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| DEBT CREDIT SRVS | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 269.93 | .00 | 26.07 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE ACCEPTANCE | UNSECURED | 1733.71 | .00 | 167.48 |
| NATIONWIDE CREDIT & COLL | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| PLAINS COMMERCE BK | UNSECURED | 426.32 | .00 | 41.18 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| RMI/MCSI | UNSECURED | 250.00 | .00 | 24.15 |
| ASPIRE VISA | UNSECURED | 387.30 | .00 | 37.42 |
| UNIVERSAL LENDERS | UNSECURED | 1152.47 | .00 | 111.34 |
| AFNI/ VERIZON WIRELESS | UNSECURED | 1235.44 | .00 | 119.34 |
| COMED | UNSECURED | 1050.00 | .00 | 101.44 |

            Summary of disbursements:

```
                     SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   19373.63         .00      6671.37         .00       26045.00
PRINCIPAL PAID        3630.48         .00       644.48         .00        4274.96
INTEREST PAID         2463.07         .00           .00        .00        2463.07
TOTAL PAID            6093.55         .00       644.48         .00        6738.03
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $    3500.00
and was paid $     586.00   direct and $    2914.00   through the plan.

The Trustee received $     522.23 .

Refunds to the Debtor totaled $     263.24 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 03/11/09                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE